FILED

2007 APR -6 AM 8:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDY JANET MULGADO-LUGO,<br><br>    Defendant. | Criminal Case No. 06cr1684-BTM<br><br>ORDER RE: CJA VOUCHER |

  This matter came before the court on the application of Linda A. King, Esq. for approval of her CJA voucher in the amount of $2,447.20 in fees, plus expenses in the amount of $29.37, for representing a material witness in the above-captioned case. 18 U.S.C. § 3006A (d)(2) provides that the maximum fee for representation of a material witness is $1,500.00, per witness unless the court finds that the representation was extended or complex.

  After reviewing the record and Ms. King's motion (Doc. 34), the motion is **granted** and the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the amount of $2,447.20 in fees, plus $29.37 in expenses, for a total of $2,476.57.

  Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 4-5-2007

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

06cr1684